IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FERNANDO EFRAIN MOTTA CEREZO
DEBTOR(S)

CASE NO. 10-03247

CHAPTER 7

**INFORMATIVE MOTION
(AMENDED SCHEDULES A, B, C, F, I & J)**

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the separate filing of the foregoing documents pursuant to Rule 1009:

   a. Amended Schedule A: *to add information of the description of the property.*

   b. Amended Schedule B: *to delete debtor's retirement paid from item #3, disclose the cash value of debtor's on mature life insurance policy(item 9) and to revise the value of debtor's heritance interest as per the appraisal provided. Also, to revise the current value of the vehicle.*

   c. Schedule B (Item 12) and Schedule I: *to delete spouse's supplemental income from the US Military Retirement System, as it becomes payable only after the death of the hearing petitioner debtor.*

   d. Amended Schedule C: *to readjust the exemptions taken in light of the foregoing schedules' amendments.*

   e. Amended Schedule F: *to correct the nature of Western Bank's claim, account number 1998.*

  f. Amended Schedule J: **_to adjust medical and dental expenses and the monthly net income._**

  **WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended schedules.

**RESPECTFULLY SUBMITTED.**

  **WHEREFORE**, the petitioning Creditor pray(s) from this Honorable Court to take notice of the aforementioned and allow the filing of the documents attached hereto.

  **NOTICE:** Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

  **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 7 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, April 26, 2010.

                s/JOSE L. JIMENEZ QUINONES
                José L. Jiménez Quiñones, Esq.
                USDCPR 203808
                268 AVE. PONCE DE LEON
                Suite 1118
                San Juan, P.R. 00918-2007
                TEL: 787-282-9009
                FAX: 1 (866) 326-9416 & 787-282-2009

B6A (Official Form 6A) (12/07)

IN RE MOTTA CEREZO, FERNANDO EFRAIN
Debtor(s)

Case No. 10-03247-7 (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| PRINCIPAL PROPERTY LOCATED IN CALLE FLAMBOYAN #11 VILLA CAPARRA, GUAYNABO, PR. CONSISTING OF TWO LEVELS, WITH 3 BEDROOMS AND 3 BATHROOMS, 2,680 SQ.FT. LIVING AREA AND 854 SQ. MTS. SITE AREA. DEBTOR USED THE LOWER LEVEL AS HIS BUSINESS OFFICE. | | J | 610,000.00 | 913,000.00 |
| TOTAL | | | 610,000.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MOTTA CEREZO, FERNANDO EFRAIN  
Debtor(s)

Case No. 10-03247-7  
(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH ON HAND | J | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK ACCOUNT AT WESTERN BANK (9197). ESTIMATED AMOUNT, NOT VERIFIED. | | 5,857.72 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | AAA - DEPOSIT WATER & SEWAGE SERVICES | J | 50.00 |
| | | AEE - DEPOSIT POWER & ELECTRIC SERVICES | J | 100.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | FURNITURE, APPLIANCES, ELECTRONIC EQUIPMENT (INCLUDING PC, COPIER AND FAX) AT CURRENT SALE PRICE IN LIQUIDATION SCENARIO. ESTIMATED AMOUNT, NOT VERIFIED | | 8,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING. ESTIMATED AMOUNT, NOT VERIFIED. | | 600.00 |
| 7. Furs and jewelry. | | JEWERLY. ESTIMATED AMOUNT, NOT VERIFIED | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | HANDGUN SMITH & WESSON MODEL 12 | H | 200.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | PRIVATE DISABILITY INSURANCE BENEFITS - Debtor receives $3,000 per month until age 65. Actually, he is 62.50 years old. Provider is Metropolitan Life Insurance Co. as Administrator for Commonwealth Annuity and Life Insurance Co. and First Allmerica Financial Life Insurance Co. - Policy No. SO64088600. Disalbility Benefits Claim No. 120807303284. | H | 90,000.00 |
| | | UNMATURED LIFE INSURANCE POLICY OF DEBTOR. PROVIDER IS PHOENIX LIFE INSURANCE CO. | | 15,341.80 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | HUSBANDS MILITARY RETIREMENT PAY PER MONTH ($410). LISTED FOR DISCLOSURE PURPOSES ONLY AS IT IS EXEMPTED FROM THE ESTATE. | H | unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | INHERITANCE, PROPERTY LOCATED IN BO. SAN ANTONIO CARR 459 KM 9.2 AGUADILLA 3,067.87 SQ. ESTIMATED VALUE OF PROPERTY:$192,000 MORTGAGE AND LIEN BALANCE: $0 SURVIVING SPOUSE: 1 HEIRS INCLUDING DEBTOR: 3 PLUS WIDOW'S USUFRUCT (ADD 1) | C | 24,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 TOYOTA SEQUOIA. ESTIMATED, NOT VERIFIED. | | 10,410.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | PUDDLE BREED DOG. ESTIMATED AMOUNT, NOT VERIFIED | | 500.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL  155,584.52

_0_ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

IN RE MOTTA CEREZO, FERNANDO EFRAIN _____ Case No. 10-03247-7 _____
                       Debtor(s)                                                  (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| FURNITURE, APPLIANCES, ELECTRONIC EQUIPMENT (INCLUDING PC, COPIER AND FAX) AT CURRENT SALE PRICE IN LIQUIDATION SCENARIO. ESTIMATED AMOUNT, NOT VERIFIED | 11 USC § 522(d)(3) | 8,000.00 | 8,000.00 |
| CLOTHING. ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(3) | 600.00 | 600.00 |
| JEWERLY. ESTIMATED AMOUNT, NOT VERIFIED | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| HANDGUN SMITH & WESSON MODEL 12 | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| PRIVATE DISABILITY INSURANCE BENEFITS - Debtor receives $3,000 per month until age 65. Actually, he is 62.50 years old. Provider is Metropolitan Life Insurance Co. as Administrator for Commonwealth Annuity and Life Insurance Co. and First Allmerica Financial Life Insurance Co. - Policy No. SO64088600 . Disalbility Benefits Claim No. 120807303284. | 11 USC § 522(d)(10)(C) | 90,000.00 | 90,000.00 |
| UNMATURED LIFE INSURANCE POLICY OF DEBTOR. PROVIDER IS PHOENIX LIFE INSURANCE CO. | 11 USC § 522(d)(8) | 11,525.00 | 15,341.80 |
| HUSBANDS MILITARY RETIREMENT PAY PER MONTH ($410 ). LISTED FOR DISCLOSURE PURPOSES ONLY AS IT IS EXEMPTED FROM THE ESTATE. | 11 USC § 522(d)(12) | 100% | unknown |
| INHERITANCE, PROPERTY LOCATED IN BO. SAN ANTONIO CARR 459 KM 9.2 AGUADILLA 3,067.87 SQ. ESTIMATED VALUE OF PROPERTY:$192,000 MORTGAGE AND LIEN BALANCE: $0 SURVIVING SPOUSE: 1 HEIRS INCLUDING DEBTOR: 3 PLUS WIDOW'S USUFRUCT (ADD 1) | 11 USC § 522(d)(5)<br>11 USC § 522(d)(5) | 1,150.00<br>10,825.00 | 24,000.00 |
| 2003 TOYOTA SEQUOIA. ESTIMATED, NOT VERIFIED. | 11 USC § 522(d)(2) | 3,450.00 | 10,410.00 |
| PUDDLE BREED DOG. ESTIMATED AMOUNT, NOT VERIFIED | 11 USC § 522(d)(3) | 500.00 | 500.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE MOTTA CEREZO, FERNANDO EFRAIN _____ Case No. 10-03247-7 _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4006<br>AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998 | | | CREDIT CARD, ORIGINATED ON 09/1991, LAST USED 10/2009 | | | | 7,696.00 |
| ACCOUNT NO.<br>AMERICAN EXPRESS<br>PO BOX 1270<br>WEWARK, NJ 07101-1270 | | | Assignee or other notification for:<br>AMERICAN EXPRESS | | | | |
| ACCOUNT NO. 3002<br>AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998 | | | CREDIT CARD, ORIGINATED ON 12/1991, LAST USED 09/2009 | | | | 15.00 |
| ACCOUNT NO. 2673<br>AMERICAN EXPRESS<br>PO BOX 981537<br>El PASO, TX 79998 | | | CREDIT CARD, ORIGINATED ON 09/1991, LAST DUE 08/2009 | | | | 1,358.00 |

_3_ continuation sheets attached

Subtotal (Total of this page) $ 9,069.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE MOTTA CEREZO, FERNANDO EFRAIN                     Case No. 10-03247-7
                        Debtor(s)                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7915 BULLET RIGHT O TARGET BULLET LINE, LLC PO BOX 644429 PITTSBURGH, PA 15264-4429 | | | CREDIT LINE OVER PRODUCTS | | | | 400.75 |
| ACCOUNT NO. 2814 CHASE LEGAL DEPT PO BOX 15902 WILMINGTON, DE 19850-5902 | | | CREDIT CARD, ORIGINATED ON 09/2006, LAST USED 09/2009 | | | | 80.00 |
| ACCOUNT NO. 4224 FEDEX PO BOX 371461 PITTSBURG, PA 15250-7461 | | | POSTAL SERVICES | | | | 560.00 |
| ACCOUNT NO. 3611 FIRST LEASING & RENTAL CORP 876 AVE. MUÑOZ RIVERA SAN JUAN, PR 00908 | | | AUTO LEASE OVER TOYOTA CAMRY 2007, ORIGINATED ON 02/2007, $595 MO, MD 02/2012 | | | | 17,700.00 |
| ACCOUNT NO. FIRST BANK DE PUERTO RICO PO BOX 19327 SAN JUAN, PR 00910 | | | Assignee or other notification for: FIRST LEASING & RENTAL CORP | | | | |
| ACCOUNT NO. 6920 HIT PROMOTIONAL PRODUCTS, INC PO BOX 10200 ST. PETERBURG, FL 33733 | | | CREDITLINE OVER PROMOTIONAL PRODUCTS | | | | 4,591.00 |
| ACCOUNT NO. 1720 RG PREMIER BANK PO BOX 2510 GUAYNABO, PR 00970-2510 | | | COMMERCIAL LOAN ORIGINATED ON 04/2002 | | | | 46,531.63 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 69,863.38

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE MOTTA CEREZO, FERNANDO EFRAIN  Case No. 10-03247-7
     Debtor(s)                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1141 SCOTIABANK DE PR P.O. BOX 362230 SAN JUAN, PR 00936-2230 | | | CREDIT CARD, ORIGINATED ON 06/2000, LAST USED 09/2009 | | | | 7,152.00 |
| ACCOUNT NO. 0354 SEARS CARD SERVICE CENTER P.O. BOX 6276 SIOUX FALLS, SD 57117-6276 | | | CREDIT CARD, ORIGINATED ON 04/1969, LAST USED 05/2009 | | | | 5,575.00 |
| ACCOUNT NO. 6309 US BANK P.O. BOX 790408 ST. LOUIS, MO 63179-0408 | | | CREDIT CARD, ORIGINATED ON 06/2009, LAST USED 11/2009 | | | | 7,803.00 |
| ACCOUNT NO. US BANK P.O. BOX 795 MARSHALL, MN 56258 | | | Assignee or other notification for: US BANK | | | | |
| ACCOUNT NO. US BANK P.O. BOX 6333 FARGO, ND 58125-6333 | | | Assignee or other notification for: US BANK | | | | |
| ACCOUNT NO. 3457 VITRONIC PROMOTIONAL GROUP 4680 PARK WAY DRIVE SUITE 200 MASON, OH 45040 | | | CREDIT LINE OVER PROMOTIONAL PRODUCTS | | | | 4,295.00 |
| ACCOUNT NO. LC FINANCIAL,LLC INTERNATIONAL ASS COMMERCIAL COLLECTORS P.O BOX 9248 VAN NUYS, CA 91409 | | | Assignee or other notification for: VITRONIC PROMOTIONAL GROUP | | | | |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 24,825.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE MOTTA CEREZO, FERNANDO EFRAIN         Case No. 10-03247-7
              Debtor(s)                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8531 WELLS FARGO BUSINESS LINE MASTER CARD P.O. BOX 54349 LOS ANGELES, CA 90054-0349 | | | CREDIT CARD, LAST USED 04/2009 | | | | 71,478.00 |
| ACCOUNT NO. 5161 WELLS FARGO BUSINESS LINE VISA P.O. BOX 54349 LOS ANGELES, CA 90054-0349 | | | CREDIT CARD, LAST USED 08/2008 | | | | 23,331.00 |
| ACCOUNT NO. 9197 WESTERN BANK P.O. BOX 1180 MAYAGUEZ, PR 00681-1180 | | | CREDIT LINE, ORIGINATED ON 10/2004 | | | | 15,521.00 |
| ACCOUNT NO. WESTERN BANK 269 AVE. PONCE DE LEON HATO REY, PR 00917 | | | Assignee or other notification for: WESTERN BANK | | | | |
| ACCOUNT NO. 1998 WESTERN BANK P.O. BOX 430 MAYAGUEZ, PR 00681-0430 | | | PERSONAL LOAN, ORIGINATED ON 09/2005. | | | | 2,032.00 |
| ACCOUNT NO. WESTERN BANK 269 AVE. PONCE DE LEON HATO REY, PR 00917 | | | Assignee or other notification for: WESTERN BANK | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 112,362.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 216,119.38

B6I (Official Form 6I) (12/07)

IN RE MOTTA CEREZO, FERNANDO EFRAIN          Case No. 10-03247-7
                    Debtor(s)                              (if known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): WIFE | AGE(S): 68 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | See Schedule Attached | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)        DEBTOR        SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $_____   $_____
2. Estimated monthly overtime                                                           $_____   $_____
3. **SUBTOTAL**                                                                         $ 0.00      $ 0.00
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security                                                 $_____   $_____
   b. Insurance                                                                         $_____   $_____
   c. Union dues                                                                        $_____   $_____
   d. Other (specify) _____                                                   $_____   $_____
                      _____                                                   $_____   $_____
5. **SUBTOTAL OF PAYROLL DEDUCTIONS**                                                   $ 0.00      $ 0.00
6. **TOTAL NET MONTHLY TAKE HOME PAY**                                                  $ 0.00      $ 0.00
7. Regular income from operation of business or profession or farm (attach detailed statement)  $_____   $_____
8. Income from real property                                                            $_____   $_____
9. Interest and dividends                                                               $_____   $_____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above  $_____   $_____
11. Social Security or other government assistance
    (Specify) **SOCIAL SECURITY**                                                       $ 1,424.00  $_____
                                                                                        $_____   $_____
12. Pension or retirement income                                                        $ 410.00    $ 1,015.42
13. Other monthly income
    (Specify) **PRIVATE DISABILITY UNTIL AGE 65**                                       $ 3,000.00  $_____
                                                                                        $_____   $_____
                                                                                        $_____   $_____
14. **SUBTOTAL OF LINES 7 THROUGH 13**                                                  $ 4,834.00  $ 1,015.42
15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)                    $ 4,834.00  $ 1,015.42

16. **COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)     $ 5,849.42

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

IN RE MOTTA CEREZO, FERNANDO EFRAIN     Case No. **10-03247-7**
Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **DISABILITY RECIPIENT** | |
| How long employed | **3 years** | |
| Address of Employer | | |
| | | |
| Occupation | | |
| Name of Employer | **SOCIAL SECURITY RECIPIENT** | |
| How long employed | **1 years** | |
| Address of Employer | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE MOTTA CEREZO, FERNANDO EFRAIN    Case No. 10-03247-7
                Debtor(s)                       (If known)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)    $ 3,389.62
   a. Are real estate taxes included? Yes ✓ No ___
   b. Is property insurance included? Yes ✓ No ___
2. Utilities:
   a. Electricity and heating fuel    $ 400.00
   b. Water and sewer    $ 30.00
   c. Telephone    $ 30.00
   d. Other  See Schedule Attached    $ 589.00
3. Home maintenance (repairs and upkeep)    $ 40.00
4. Food    $ 400.00
5. Clothing    $ 50.00
6. Laundry and dry cleaning    $ 30.00
7. Medical and dental expenses    $ 250.00
8. Transportation (not including car payments)    $ 260.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.    $ 50.00
10. Charitable contributions    $
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's    $
   b. Life    $
   c. Health    $ 140.00
   d. Auto    $
   e. Other _____    $
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) CAR LICENSE (PRORRATED)    $ 16.00
13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
   a. Auto    $
   b. Other  See Schedule Attached    $ 3,025.17
14. Alimony, maintenance, and support paid to others    $
15. Payments for support of additional dependents not living at your home    $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $
17. Other  PERSONAL CARE & GROOMING    $ 60.00
       LENSES (PRORRATED)    $ 59.00

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 8,818.79

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
None

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 15 of Schedule I    $ 5,849.42
   b. Average monthly expenses from Line 18 above    $ 8,818.79
   c. Monthly net income (a. minus b.)    $ -2,969.37

IN RE MOTTA CEREZO, FERNANDO EFRAIN    Case No. 10-03247-7
Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| Description | Amount |
|---|---:|
| Other Utilities (DEBTOR) | |
| CELLULAR | 210.00 |
| GAS FLUID | 100.00 |
| EXTERMINATING | 35.00 |
| GARDENER | 125.00 |
| CABLE TV & INTERNET | 119.00 |
| Other Installment Payments (DEBTOR) | |
| CAR CARE & MAINTENANCE | 30.00 |
| TOLLS | 17.00 |
| SECOND MORTGAGE LOAN - WESTERNBANK | 2,978.17 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE MOTTA CEREZO, FERNANDO EFRAIN                                    Case No. 10-03247-7
                              Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____13_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 26, 2010**          Signature: **/s/ FERNANDO EFRAIN MOTTA CEREZO**
                                              FERNANDO EFRAIN MOTTA CEREZO                    Debtor

Date: _____          Signature: _____
                                              (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.