# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-03247 |
|---|---|
| FERNANDO EFRAIN MOTTA CEREZO<br>DEBTOR(S) | CHAPTER 7 |

## INFORMATIVE MOTION
## (AMENDED SCHEDULE F)

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the separate filing of the foregoing documents pursuant to Rule 1009:

   a. Amended Schedule F: *to add information of the description of the property using the appropriate event entry in the electronic filing system.*

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended schedules.

**RESPECTFULLY SUBMITTED.**

**WHEREFORE,** the petitioning Creditor pray(s) from this Honorable Court to take notice of the aforementioned and allow the filing of the documents attached hereto.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically

filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 7 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 19, 2010.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com

B6F (Official Form 6F) (12/07)

IN RE MOTTA CEREZO, FERNANDO EFRAIN          Case No. 10-03247-7
                    Debtor(s)                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4006<br>AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998 | | | CREDIT CARD, ORIGINATED ON 09/1991, LAST USED 10/2009 | | | | 7,696.00 |
| ACCOUNT NO.<br>AMERICAN EXPRESS<br>PO BOX 1270<br>WEWARK, NJ 07101-1270 | | | Assignee or other notification for:<br>AMERICAN EXPRESS | | | | |
| ACCOUNT NO. 3002<br>AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998 | | | CREDIT CARD, ORIGINATED ON 12/1991, LAST USED 09/2009 | | | | 15.00 |
| ACCOUNT NO. 2673<br>AMERICAN EXPRESS<br>PO BOX 981537<br>El PASO, TX 79998 | | | CREDIT CARD, ORIGINATED ON 09/1991, LAST DUE 08/2009 | | | | 1,358.00 |

___3___ continuation sheets attached

Subtotal (Total of this page) $ 9,069.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7915 <br> BULLET RIGHT O TARGET <br> BULLET LINE, LLC <br> PO BOX 644429 <br> PITTSBURGH, PA 15264-4429 | | | CREDIT LINE OVER PRODUCTS | | | | 400.75 |
| ACCOUNT NO. 2814 <br> CHASE <br> LEGAL DEPT <br> PO BOX 15902 <br> WILMINGTON, DE 19850-5902 | | | CREDIT CARD, ORIGINATED ON 09/2006, LAST USED 09/2009 | | | | 80.00 |
| ACCOUNT NO. 4224 <br> FEDEX <br> PO BOX 371461 <br> PITTSBURG, PA 15250-7461 | | | POSTAL SERVICES | | | | 560.00 |
| ACCOUNT NO. 3611 <br> FIRST LEASING & RENTAL CORP <br> 876 AVE. MUÑOZ RIVERA <br> SAN JUAN, PR 00908 | | | AUTO LEASE OVER TOYOTA CAMRY 2007, ORIGINATED ON 02/2007, $595 MO, MD 02/2012 | | | | 17,700.00 |
| ACCOUNT NO. <br> FIRST BANK DE PUERTO RICO <br> PO BOX 19327 <br> SAN JUAN, PR 00910 | | | Assignee or other notification for: <br> FIRST LEASING & RENTAL CORP | | | | |
| ACCOUNT NO. 6920 <br> HIT PROMOTIONAL PRODUCTS, INC <br> PO BOX 10200 <br> ST. PETERSBURG, FL 33733 | | | CREDITLINE OVER PROMOTIONAL PRODUCTS | | | | 4,591.00 |
| ACCOUNT NO. 0208 <br> NORWOOD PROMOTIONAL PRODUCTS <br> 10- MARKE ST., SUITE 1400 <br> INDIANAPPOLIS, IN 46204 | | H | CREDIT LINE OVER PROMOTIONAL PRODUCTS | | | | 2,720.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 26,051.75

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1720<br>RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 | | | COMMERCIAL LOAN ORIGINATED ON 04/2002 | | | | 46,531.63 |
| ACCOUNT NO. 1141<br>SCOTIABANK DE PR<br>P.O. BOX 362230<br>SAN JUAN, PR 00936-2230 | | | CREDIT CARD, ORIGINATED ON 06/2000, LAST USED 09/2009 | | | | 7,152.00 |
| ACCOUNT NO. 0354<br>SEARS<br>CARD SERVICE CENTER<br>P.O. BOX 6276<br>SIOUX FALLS, SD 57117-6276 | | | CREDIT CARD, ORIGINATED ON 04/1969, LAST USED 05/2009 | | | | 5,575.00 |
| ACCOUNT NO. 6309<br>US BANK<br>P.O. BOX 790408<br>ST. LOUIS, MO 63179-0408 | | | CREDIT CARD, ORIGINATED ON 06/2009, LAST USED 11/2009 | | | | 7,803.00 |
| ACCOUNT NO.<br>US BANK<br>P.O. BOX 795<br>MARSHALL, MN 56258 | | | Assignee or other notification for:<br>US BANK | | | | |
| ACCOUNT NO.<br>US BANK<br>P.O. BOX 6333<br>FARGO, ND 58125-6333 | | | Assignee or other notification for:<br>US BANK | | | | |
| ACCOUNT NO. 3457<br>VITRONIC PROMOTIONAL GROUP<br>4680 PARK WAY DRIVE<br>SUITE 200<br>MASON, OH 45040 | | | CREDIT LINE OVER PROMOTIONAL PRODUCTS | | | | 4,295.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 71,356.63

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LC FINANCIAL, LLC<br>INTERNATIONAL ASS COMMERCIAL COLLECTORS<br>P.O BOX 9246<br>VAN NUYS, CA 91409 | | | Assignee or other notification for:<br>VITRONIC PROMOTIONAL GROUP | | | | |
| ACCOUNT NO. 8531<br>WELLS FARGO<br>BUSINESS LINE MASTER CARD<br>P.O. BOX 54349<br>LOS ANGELES, CA 90054-0349 | | | CREDIT CARD, LAST USED 04/2009 | | | | 71,478.00 |
| ACCOUNT NO. 5161<br>WELLS FARGO<br>BUSINESS LINE VISA<br>P.O. BOX 54349<br>LOS ANGELES, CA 90054-0349 | | | CREDIT CARD, LAST USED 08/2008 | | | | 23,331.00 |
| ACCOUNT NO. 9197<br>WESTERN BANK<br>P.O. BOX 1180<br>MAYAGUEZ, PR 00681-1180 | | | CREDIT LINE, ORIGINATED ON 10/2004 | | | | 15,521.00 |
| ACCOUNT NO.<br>WESTERN BANK<br>269 AVE. PONCE DE LEON<br>HATO REY, PR 00917 | | | Assignee or other notification for:<br>WESTERN BANK | | | | |
| ACCOUNT NO. 1998<br>WESTERN BANK<br>P.O. BOX 430<br>MAYAGUEZ, PR 00681-0430 | | | PERSONAL LOAN, ORIGINATED ON 09/2005. | | | | 2,032.00 |
| ACCOUNT NO.<br>WESTERN BANK<br>269 AVE. PONCE DE LEON<br>HATO REY, PR 00917 | | | Assignee or other notification for:<br>WESTERN BANK | | | | |

Sheet no. 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 112,362.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 218,839.38

IN RE MOTTA CEREZO, FERNANDO EFRAIN _____ Case No. **10-03247-7** _____
                Debtor(s)                                                     (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**4**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 18, 2010**      Signature: **/s/ FERNANDO EFRAIN MOTTA CEREZO**
                                       **FERNANDO EFRAIN MOTTA CEREZO**           Debtor

Date: _____ Signature: _____
                                                                                                    (Joint Debtor, if any)
                                                                   [If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____
Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

                                                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| MOTTA CEREZO, FERNANDO EFRAIN<br>PO BOX 363851<br>SAN JUAN, PR 00936-3851 | FIRST BANK DE PUERTO RICO<br>PO BOX 19327<br>SAN JUAN, PR 00910 | SEARS<br>CARD SERVICE CENTER<br>P.O. BOX 6276<br>SIOUX FALLS, SD 57117-6276 |
| JIMENEZ - QUINONES LAW OFFICES<br>268 AVE PONCE DE LEON STE 1118<br>SAN JUAN, PR 00918-2007 | FIRST LEASING & RENTAL CORP<br>876 AVE. MUÑOZ RIVERA<br>SAN JUAN, PR 00908 | US BANK<br>P.O. BOX 790408<br>ST. LOUIS, MO 63179-0408 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998 | FIRST LEASING & RENTAL CORP.<br>876 AVE. MUNOZ RIVERA<br>SAN JUAN, PR 00901 | US BANK<br>P.O. BOX 795<br>MARSHALL, MN 56258 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>El PASO, TX 79998 | HIT PROMOTIONAL PRODUCTS, INC<br>PO BOX 10200<br>ST. PETERBURG, FL 33733 | US BANK<br>P.O. BOX 6333<br>FARGO, ND 58125-6333 |
| AMERICAN EXPRESS<br>PO BOX 1270<br>WEWARK, NJ 07101-1270 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | VITRONIC PROMOTIONAL GROUP<br>4680 PARK WAY DRIVE<br>SUITE 200<br>MASON, OH 45040 |
| BULLET RIGHT O TARGET<br>BULLET LINE, LLC<br>PO BOX 644429<br>PITTSBURGH, PA 15264-4429 | LC FINANCIAL,LLC<br>INTERNATIONAL ASS COMMERCIAL<br>COLLECTORS<br>P.O BOX 9246<br>VAN NUYS, CA 91409 | WELLS FARGO<br>BUSINESS LINE MASTER CARD<br>P.O. BOX 54349<br>LOS ANGELES, CA 90054-0349 |
| CHASE<br>LEGAL DEPT<br>PO BOX 15902<br>WILMINGTON, DE 19850-5902 | MIL STAR<br>150 VANDENBERG ST.<br>SUITE 1105<br>PETERSON AFB, CO 80914-4500 | WELLS FARGO<br>BUSINESS LINE VISA<br>P.O. BOX 54349<br>LOS ANGELES, CA 90054-0349 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140, OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | NORWOOD PROMOTIONAL PRODUCTS<br>10- MARKE ST., SUITE 1400<br>INDIANAPPOLIS, IN 46204 | WESTERN BANK<br>PO BOX 430<br>MAYAGUEZ, PR 00681-0430 |
| FEDEX<br>PO BOX 371461<br>PITTSBURG, PA 15250-7461 | RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 | WESTERN BANK<br>P.O. BOX 1180<br>MAYAGUEZ, PR 00681-1180 |
| FIRST BANK<br>P.O. BOX 13817<br>SAN JUAN, PR 00908-3817 | SCOTIABANK DE PR<br>P.O. BOX 362230<br>SAN JUAN, PR 00936-2230 | WESTERN BANK<br>P.O. BOX 430<br>MAYAGUEZ, PR 00681-0430 |

WESTERN BANK
269 AVE. PONCE DE LEON
HATO REY, PR 00917

WESTERN BANK
269 AVE. PONCE DE LEON
HATO REY, PR 00917