IN RE:

FERNANDO EFRAIN MOTTA CEREZO

DEBTOR(S)

CASE NO. 10-03247-BKT
CHAPTER 7

## MOTION FOR THE CONTINUANCE OF THE MEETING OF CREDITORS

**TO THE HONORABLE COURT:**

Come(s) now Debtor(s), represented by the undersigned attorney, and respectfully state(s) and inform(s) as follows:

1. The instant petition was filed on April 21, 2010.

2. The meeting of creditors is scheduled to be held on June 15, 2010 at 2:30 p.m. before Noreen Wiscovitch Rentas, Chapter 7 Trustee, at 500 Calle Tanca, First Floor, San Juan, Puerto Rico.

3. On May 25, 2010, the undersigned was evaluated by a spine surgeon due to a continuous intense neck pain. Dr. Yamil C. Rivera Colón recommended a surgical intervention, which we agreed to undergo. The procedure will be performed on June 7, 2010.

4. A recovery period of two (2) to four (4) weeks have been recommended following the surgical procedure, depending on the patient, to resume regular daily activities.

**WHEREFORE,** the undersigned attorney for Debtor respectfully requests this Honorable Court to grant the continuance of the meeting of creditors after July 2, 2010, as to permit counsel recover and adequately represent Debtor.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to: Noreen Wiscovitch Rentas, Chapter 7 Trustee and to Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee, ustpregion21.hr.ecf@usdoj.gov. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

In San Juan, Puerto Rico, this 26th day of May, 2010.

s/JOSE L. JIMENEZ QUIÑONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON, Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-691-2458
FAX: 787-731-5721
jljimenez11@gmail.com

Label Matrix for local noticing
0104-3
Case 10-03247-BKT7
District of Puerto Rico
Old San Juan
Wed May 26 14:47:16 AST 2010

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR 00902-4140

GE MONEY BANK
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
MIAMI, FL 33131-1605

PR DEPARTMENT OF LABOR
PRUDENCIO RIVERA MARTINEZ BLDG
505 MUNOZ RIVERA AVENUE
12 FLOOR
SAN JUAN, PR 00918

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AMERICAN EXPRESS
PO BOX 1270
WEWARK, NJ 07101-1270

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998-1537

BULLET RIGHT O TARGET
BULLET LINE, LLC
PO BOX 644429
PITTSBURGH, PA 15264-4429

CHASE
LEGAL DEPT
PO BOX 15902
WILMINGTON, DE 19850

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

FEDEX
PO BOX 371461
PITTSBURG, PA 15250-7461

FIRST BANK
P.O. BOX 13817
SAN JUAN, PR 00908-3800

FIRST BANK DE PUERTO RICO
PO BOX 19327
SAN JUAN, PR 00910-1327

FIRST LEASING & RENTAL CORP
876 AVE. MUOZ RIVERA
SAN JUAN, PR 00927-4307

FIRST LEASING & RENTAL CORP.
876 AVE. MUNOZ RIVERA
SAN JUAN, PR 00927-4307

HIT PROMOTIONAL PRODUCTS, INC
PO BOX 10200
ST. PETERBURG, FL 33733-0200

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

LC FINANCIAL,LLC
INTERNATIONAL ASS COMMERCIAL COLLECTORS
P.O BOX 9246
VAN NUYS, CA 91409-9246

MIL STAR
150 VANDENBERG ST.
SUITE 1105
PETERSON AFB, CO 80914-4184

NORWOOD PROMOTIONAL PRODUCTS
10 MARKET ST SUITE 1400
INDIANAPPOLIS IN 46204-2909

RG PREMIER BANK
PO BOX 2510
GUAYNABO, PR 00970-2510

SCOTIABANK DE PR
P.O. BOX 362230
SAN JUAN, PR 00936-2230

SEARS
CARD SERVICE CENTER
P.O. BOX 6276
SIOUX FALLS, SD 57117-6276

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
P.O. BOX 9024140
SAN JUAN, PR 00902-4140

US BANK
P.O. BOX 6333
FARGO, ND 58125-6333

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US BANK
P.O. BOX 795
MARSHALL, MN 56258-0795

VITRONIC PROMOTIONAL GROUP
4680 PARK WAY DRIVE
SUITE 200
MASON, OH 45040-8173

WELLS FARGO
BUSINESS LINE MASTER CARD
P.O. BOX 54349
LOS ANGELES, CA 90054-0349

WELLS FARGO
BUSINESS LINE VISA
P.O. BOX 54349
LOS ANGELES, CA 90054-0349

WESTERN BANK
269 AVE. PONCE DE LEON
HATO REY, PR 00917-1918

WESTERN BANK
P.O. BOX 1180
MAYAGUEZ, PR 00681-1180

WESTERN BANK
P.O. BOX 430
MAYAGUEZ, PR 00681-0430

FEDERAL LITIGATION DEPT. OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FERNANDO EFRAIN MOTTA CEREZO
PO BOX 363851
SAN JUAN, PR 00936-3851

JOSE L JIMENEZ QUINONES
JIMENEZ QUINONES LAW OFFICE, PSC
268 AVE. PONCE DE LEON
SUITE 1118
SAN JUAN, PR 00918-2007

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

NOREEN WISCOVITCH RENTAS
PO BOX 20438
WEST PALM BEACH, FL 33416-0438

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

US BANK
P.O. BOX 790408
ST. LOUIS, MO 63179-0408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998-1537

(d)DEPARTAMENTO DE HACIENDA
PO BOX 9024140, OFICINA 424-B
SAN JUAN, PR 00902-4140

(d)WESTERN BANK
PO BOX 430
MAYAGUEZ, PR 00681-0430

End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41