# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **FERNANDO EFRAIN MOTTA CEREZO** <br><br> DEBTOR | CASE NO. 10-03247 (BKT) <br><br> CHAPTER 7 |

## JOINT STIPULATION TO FOR THE SALE & PURCHASE OF NON EXEMPTED VALUE OF DEBTOR'S MOTOR VEHICLE

Come now, **NOREEN WISCOVITCH-RENTAS**, Chapter 7 Trustee, hereinafter referred to as "the Trustee" and **FERNANDO EFRAIN MOTTA CEREZO**, hereinafter referred to as "the Debtor" through his undersigned attorney, and very respectfully allege, state and pray as follows:

1. The parties have had the opportunity to meet and reach an agreement, that if approved will allow the debtor to retain his motor vehicle by means of the private purchase of its non exempted value from the Trustee.

2. The parties respectfully represent that the transaction above mentioned will result in proceeds benefiting the unsecured creditors of the instant petition for relief.

### UNDERLYING STIPULATED FACTS

3. The Trustee will sell to the Debtor the non-exempt interest in the following personal property:

> **Motor vehicle: 2003 Toyota Sequoia, VIN # 5TDBT48A03S141401, 4x4 4WD, 8 Cylinders, License EWW-118, with an actual mileage of 84,507, White body color and top color, Grey Trims.**

4. Enclosed herein are the following documents and information related to this

1

as a better offer shall be $6,850.00 and a deposit of $3,400.00 will be required from any potential bidder to participate in an auction. In the event that an objection is filed the Court will schedule a hearing.

17. The sale is made "AS IS" and "WHERE IS" and "WITH ALL ITS FAULTS" and limitations in use due to the conditions of the vehicle. The Trustee expressly disclaims all express and implied warranties of merchantability and fitness for a particular purpose. All risk of loss shall pass to the buyer upon adjudication of the sale.

18. All property rights shall vest in the Debtor not more that **fourteen (14) days** after order of the Court approving the sale.

19. Shall the Court not approve the sale, or shall there be an objection to the sale with a better offer than the present one, Debtor shall be entitled to the reimbursement of the deposit with the Trustee.

20. Failure to conclude the sale attributable to the Debtor shall entitle the Trustee to void the sale and the deposit of the full amount offered shall be deemed forfeited to the estate.

### LIENS, ENCUMBRANCES AND RECONCIALIATION OF PROCEEDS

21. No creditor with a valid and perfected lien against the property subject to this sale has been identified by the Trustee.

22. Trustee's commissions, pursuant to 11 USC § 326 are estimated at the statutory rates, and will be subject to notice and a hearing, and Court approval.

**NOTICE IS HEREBY GIVEN** that no lien holders or secured creditors have been identified, that may encumber the motor vehicle subject to this sale. Any purported creditor with a valid and enforceable lien over this property shall inform the Trustee within **twenty-one (21)**

Exhibit 1

# USED VEHICLE APPRAISAL



VIN: 5TDBT48A03S141401

Fernando Metta Cereo  05-19-10
PO Box 363851 San Juan  405-1800

Year: 2003  Make: Toyota  Model: Sequoia
Mileage: 84,507  License: EWW-118

Body Color: Blanco  Top Color: Blanco  Trim Color: Gris

4x4 4WD

$500.00

Motor: Check engine — Guardaloto derecho el tubo no se mira
Trans: —  Guardaloto derecho
Brakes: Regular  Hasta chueco

NET APPRAISAL: $5,500.00

Exhibit 2



# Kelley Blue Book
### THE TRUSTED RESOURCE

SEARCH

Home | New Cars | Certified Pre-Owned | Used Cars | Research | Reviews & News | Dealers & Inventory | Cars For Sale | Loans & Insurance

Used Car Values | Search Used Cars for Sale | Certified Pre-Owned | Compare Vehicles | Perfect Car Finder | Most Researched Vehicles | CARFAX Vehicle History

Welcome Back | Sign In | Create Account | My KBB    ZIP Code: 00936

A CONSUMERS DIGEST BEST BUY AWARD WINNER 2010 GMC YUKON — LEARN MORE ▸ LOCATE DEALER ▸

**Latest Car News**

Home > Used Cars > 2003 > Toyota > Sequoia > SR5 Sport Utility 4D

Save Vehicle    Print    Email    BOOKMARK

## 2003 Toyota Sequoia SR5 Sport Utility 4D

**Trade-In Value**
Private Party Value
Suggested Retail Value
CPO Value
Photo Gallery
Cars For Sale
Compare Vehicles
Blue Book Review
Consumer Ratings
Find Your Next Car
Specifications

BLUE BOOK TRADE-IN VALUE


More Photos

| Condition | Value |
|---|---|
| Excellent | $10,100 |
| Good | $9,450 |
| Fair | $8,300 |

**Finance & Insurance**
Get a New Car Loan from 3.05% APR
Get a Pre-Owned Loan from 4.24% APR
Get Your Credit Score Now
Get a Free Insurance Quote
advertisement

**NEXT STEP:** Price New Cars

**Shopping Tools**
Free CARFAX Record Check
Auto Loan from 3.05% APR
Compare Insurance Rates with Progressive
Payment Calculator
Find a Dealer

**Local Listings:**
○ Search Toyota Sequoia
○ Search Certified Pre-Owned Toyota Sequoia
○ Search all Cars For Sale near 00936

FIND THE RIGHT CAR
**Compare Used vs. New**

$5,000 to $10,000
Both New and Used
SUV

To View List, Click

VIEW ANOTHER VEHICLE
Select Year...
Select Make...
Select Model...

Or Search by Category
Or Change ZIP Code

**Average Consumer Rating (338 Reviews)**    Read Reviews

☆☆☆☆☆ 4.8 out of 5    Review this Vehicle

**Similar New Vehicles**

| 2010 Toyota Sequoia | 2010 Ford Expedition |
|---|---|
|  Photos Review Pricing | Photos Review Pricing |

More Results

**Check Out Our 10 Most Researched SUVs**

2010 Toyota RAV4         2010 Jeep Wrangler
2010 Toyota 4Runner      2010 Honda CR-V

| 2010 Chevrolet Tahoe | 2011 Honda Pilot |
| --- | --- |
| 2010 Toyota Highlander | 2011 Ford Escape |
| 2011 Jeep Grand Cherokee | 2010 Ford Explorer |

Check out New Vehicles From Toyota

## Vehicle Highlights

- Mileage: 84,507
- Engine: V8, 4.7 Liter
- Transmission: Automatic
- Drivetrain: 4WD

**Selected Equipment**  **Change Equipment**

**Standard**

| Traction Control | Power Door Locks | Cassette |
| --- | --- | --- |
| Air Conditioning | Tilt Wheel | CD (Single Disc) |
| Power Steering | Cruise Control | Dual Air Bags |
| Power Windows | AM/FM Stereo | ABS (4-Wheel) |

## Blue Book Trade-In Value

Kelley Blue Book Trade-In Value is the amount consumers can expect to receive from a dealer for a trade-in vehicle, assuming an accurate appraisal of the vehicle's condition, mileage and features. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

**Vehicle Condition Ratings**                    Check Vehicle Title History

### Excellent                                                $10,100

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

### Good                                                    $9,450

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

### Fair                                                     $8,300

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

### Poor                                                      N/A

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged

frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* Puerto Rico 6/25/2010

**Accurate Condition Appraisal**            Change Condition

Accurately appraising the condition of a vehicle is an important aspect in determining its Blue Book value. Taking our 16 question condition quiz will ensure you know the correct condition rating.

**NEXT STEP:** Price New Cars

© 2010 Kelley Blue Book Co., Inc. All rights reserved. 6/25/2010-7/1/2010 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.10070)

| On KBB.com | Home  New Cars  Certified Pre-Owned  Used Cars  Research  Reviews & News  Dealers  Cars For Sale  Loans & Insurance  KBB®Green  KBB℠ Mobile  Motorcycles |
|---|---|
| **Featuring** | New York Auto Show  New Cars For Sale  Used Cars For Sale  New Car Prices  5 Great Car Deals  Car Reviews  Car Videos  Auto Shows |
| **About KBB** | About Us  Contact Us  Careers  FAQ  Media  Advertising  Linking  Privacy  Site Map  Copyright & Trademarks  Terms of Service |
| © 1995-2010 Kelley Blue Book Co., Inc. | Business Inquiries |



# Exhibit 3

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
### DIRECTORIA DE SERVICIOS AL CONDUCTOR

## CERTIFICADO DE TITULO

05jun2009 11:25:50  0387-0842-4959-000000000

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA REGISTRO |
|---|---|---|---|
| A 3263062 | 12sep2003 | 6208139 | 12dic2002 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| 5TDBT48A03S141401 | toyota sequoia | | 2003 | 08 |

| CAP CARGA | PESO | NUEVO USADO | TITULO ANTERIOR | ESTADO | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| 0# | 0# | Nuevo | CertOrig | JP | 10 | blanco |

**NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL:**

Nombre: MOTTA CEREZO, FERNANDO E.

Resid: VILLA CAPARRA
11 FLAMBOYAN
GUAYNABO PR 00966

Postal: PO BOX 363851
SAN JUAN PR 00936-3851

ESTE ES SU TITULO DE PROPIEDAD. CONSERVELO EN SITIO SEGURO.

**GRAVAMENES**

PRIMER GRAVAMEN (VENTA CONDICIONAL)

FECHA DIA-MES-AÑO

SEGUNDO GRAVAMEN (OTROS)

**CANCELACION GRAVAMEN**

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS)

PRIMER GRAVAMEN _____
                                    FECHA         FIRMA AUTORIZADA
SEGUNDO GRAVAMEN _____
                                    FECHA         FIRMA AUTORIZADA

NUMERO CONTROL

SECRETARIO DTOP O REPRESENTANTE AUTORIZADO

A- 8739369

NO ES VALIDO SI ALTERADO

Exhibit 4

**dtop** — ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

4-21628354

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se hayan expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

2003 toyota sequoia blanco
automovil (privado) - auto privado
Descripción y Clasificación de Vehículo

6208139   12dic2002   EWW118====   3263062
Registración   Fecha Registro   Tablilla   Título

2003   toyt   sqa   bla   *4   *8   *240
Año   Marca   Modelo   Color   Puertas   Cilin   Cab Fuerza

STDBT48A03S141401             Artículo 15.02=
VIN (Número de Serie)   Peso Desc   Capacidad Carga

=====  ==========================      $43,150
Dealer   Venta Condicional              Precio Contrib

jun 2003 a dic 2003   13364385     31dic2003
Vigencia            Marbete       Expiración

MOTTA CEREZO, FERNANDO E.
PO BOX 263851
SAN JUAN PR 00926-3851
Dueño del Vehículo y Dirección Postal

VILLA CAPARRA
11 FLAMBOYAN
GUAYNABO PR 00966
Dirección Residencial, sólo si es diferente a Postal

P. VENTA    $54,442    *432912
                      Licencia    Estación de Inspección

Derechos Pagados Certifico Correcto  CM-60

| | |
|---|---|
| Multas | $0.00 |
| Derechos Anuales | $50.00 |
| ACAA | $35.00 |
| Seguro Oblig | $99.00 |
| Duplicado | ---- |
| Derechos Pagados | $184.00 |

REQUIERE INSPECCION VEH. DE
MAS DE DOS AÑOS FABRICADO

ORIGINAL - DUEÑO