# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Case No: 10-03247 BKT Judge: Brian Tester
Case Name: MOTTA CEREZO, FERNANDO EFRAIN

For Period Ending: 09/30/10 (1st reporting period for this case)

Trustee Name: NOREEN WISCOVITCH-RENTAS
Date Filed (f) or Converted (c): 04/21/10 (f)
341(a) Meeting Date: 05/18/10
Claims Bar Date: 10/18/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRINCIPAL PROPERTY LOCATED IN CALLE FLAMBOYAN #11 | 610,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND | 25.00 | 0.00 | OA | 0.00 | FA |
| 3. BANK ACCOUNT AT WESTERN BANK (9197). ESTIMATED AMO<br>debtor's attorney amended schedule B to clarify the balance on the account as of filing date. the account was closed in May 2010(the original balance in the account was $5,857.72) | 64.69 | 64.69 | OA | 0.00 | FA |
| 4. AAA - DEPOSIT WATER & SEWAGE SERVICES | 50.00 | 50.00 | OA | 0.00 | FA |
| 5. AEE - DEPOSIT POWER & ELECTRIC SERVICES | 100.00 | 100.00 | OA | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. FURNITURE, APPLIANCES, ELECTRONIC EQUIPMENT (INCLU | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 8. CLOTHING. ESTIMATED AMOUNT, NOT VERIFIED. | 600.00 | 0.00 | OA | 0.00 | FA |
| 9. JEWERLY. ESTIMATED AMOUNT, NOT VERIFIED | 500.00 | 0.00 | OA | 0.00 | FA |
| 10. HANDGUN SMITH & WESSON MODEL 12 | 200.00 | 0.00 | OA | 0.00 | FA |
| 11. PRIVATE DISABILITY INSURANCE BENEFITS - DEBTOR REC | 90,000.00 | 0.00 | OA | 0.00 | FA |
| 12. UNMATURED LIFE INSURANCE POLICY OF DEBTOR. PROVIDE<br>Debtor 's attorney filed amended schedule B to included value of unmature life insurance $ 15,341.80<br>and claim exempt $11,525.00 | 15,341.80 | 3,816.80 | OA | 0.00 | FA |
| 13. MILITARY RETIREMENT PAY - HUSBAND<br>debtor's attorney amended schedule B explaining that they listed this assets for disclosure purposes only as it is aempted from the estate(originally amount listed $410.00) | 0.00 | Unknown | OA | 0.00 | FA |
| 14. MILITARY RETIREMENT PAY - SUPPLEMENTAL COVERAGE FO | 217.27 | 0.00 | OA | 0.00 | FA |
| 15. INHERITANCE, PROPERTY LOCATED IN BO. SAN ANTONIO C<br>debtor's attorney filed amended schedule B to change value of inheritance , new value $24,000.00 | 24,000.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 10-03247 BKT Judge: Brian Tester
Case Name: MOTTA CEREZO, FERNANDO EFRAIN

Trustee Name: NOREEN WISCOVITCH-RENTAS
Date Filed (f) or Converted (c): 04/21/10 (f)
341(a) Meeting Date: 05/18/10
Claims Bar Date: 10/18/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. 2003 TOYOTA SEQUOIA. ESTIMATED, NOT VERIFIED.<br>Debtor Attorney filed amended schedule B to change value of vehicle on 4/26/10, new appraisal $10,410.00 | 12,410.00 | 3,400.00 | | 3,400.00 | FA |
| 17. PUDDLE BREED DOG. ESTIMATED AMOUNT, NOT VERIFIED | 500.00 | 0.00 | OA | 0.00 | FA |
| 18. FINANCIAL ACCOUNTS (u)<br>western bank account ( 4554) -belongs to son's corporation, Motta's advertisement Specialties Dist., Inc. Debtor's signature is authorized as treasurer of the corporation. $3,274.62 balance as of the date of filing. Debtor has no ownership interest in said corporation. listed for disclosure purpose only | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. FINANCIAL ACCOUNTS (u)<br>Oriental Financial group(4357) current personal bank account. this account is used to deposit debtor's social security benefits, US Retirement pay, private disability benefirs, and income from any other source. | 5,720.73 | 5,720.73 | | 5,720.73 | FA |
| 20. FINANCIAL ACCOUNTS (u)<br>western bank account (0577) $0.00 balance as of the date of filing. used as debtor's DBA account until 2008. listed for disclosure purpose only | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.39 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $767,729.49 | $13,152.22 | | $9,122.12 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 10-03247 BKT Judge: Brian Tester
Case Name: MOTTA CEREZO, FERNANDO EFRAIN

Trustee Name: NOREEN WISCOVITCH-RENTAS
Date Filed (f) or Converted (c): 04/21/10 (f)
341(a) Meeting Date: 05/18/10
Claims Bar Date: 10/18/10

All assets administer. Awaiting Bar date. September 13, 2010, 08:12 am

Trustee investigating Debtor's Bank Accounts at the time of filing. Trusstee sold to Debtor non-exempt equity on vehicle. Awaiting Court Approval. July 04, 2010, 02:51 pm

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 12/31/11